NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re KOEHLER OBERKIRCH GMBH, fka Papierfabrik August Koehler SE, fka Papierfabrik August Koehler AG, KOEHLER PAPER SE,**
*Petitioners*

2025-106

On Petition for Writ of Mandamus to the United States Court of International Trade in No. 1:24-cv-00014, Judge Gary S. Katzmann.

**ON PETITION**

PER CURIAM.

**O R D E R**

Petitioners seek a writ of mandamus vacating the United States Court of International Trade's order permitting alternative service on their U.S. counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The United States is directed to respond to the petition no later than seven days from the date of filing of this

order. Any reply in support of the petition is due no later than three days thereafter.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 31, 2024
Date